money and the party that received it and used it, the latter is bound by the acknowledgment and the agreement. The first certified question ought to be answered in the affirmative.

■ In view of what is said above, General Motors Acceptance Corporation was not guilty of "unlawful repossession and conversion of the property" in question, when, after Dunn Motors Inc. had breached certain terms of the trust receipt, that company surrendered to General Motors Acceptance Corporation the property in controversy; and a suit based upon "unlawful repossession and conversion of the property" could not be maintained by Dunn Motors Inc. against the party to whom they had delivered the property.                    *All the Justices concur.*

Fox Film Corporation *v.* Norman, tax-commissioner.

No. 7927.    February 27, 1931.

*Sutherland & Tuttle* and *Joseph B. Brennan,* for plaintiff.
*R. C. Norman, O. A. Park,* and *J. A. Smith,* for defendant.

Terrell County *v.* City of Dawson.

Atkinson, J.  1. The motion to dismiss, in the nature of a general demurrer to the original petition, filed in this case after the appearance term and after a judgment sustaining a general demurrer to the petition had been reversed by the Court of Appeals, was founded on matter that did not appear on the face of the petition, and was properly overruled.  Civil Code, § 5629; *Southern Cotton Oil Co.* v. *Raines,* 171 *Ga.* 154 (2) (155 S. E. 484).

2. The amendments to the answer filed at the stage of the case indicated in the preceding note sought to set up new facts and defenses of which notice was not given by the original answer, and such amendments were